IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 26-cv-0726-WJM

MANTAJBEER SINGH,

    Petitioner,

v.

ROBERT HAGAN, in his official capacity as Field Office Director,
Denver Field Office, Immigration and Customs Enforcement, *et al*.

    Respondents.

---

### ORDER DIRECTING RESPONDENTS TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE

---

Before the Court is Petitioner Mantajbeer Singh's Petition for Writ of Habeas Corpus, brought pursuant to 28 U.S.C. § 2241 ("Petition") (ECF No. 1).

The Court observes that Magistrate Judge N. Reid Neureiter ordered the Petitioner to serve the Respondents with a copy of the Petitioner and Order by e-mail and by overnight mail (ECF No. 5). The Petitioner served the Respondents by certified mail and by e-mail at the following address: newcases@cod.uscourts.gov (ECF No. 6). The Court notes that this e-mail address is associated with the Office of the Clerk of Court, not the U.S. Attorney's office. The Court further notes that the Respondents were not served by overnight mail as directed.

Upon review of the Petition, it is ORDERED that Petitioner shall serve Respondents Robert Hagan, Field Office Director for U.S. Immigration and Customs Enforcement, Denver Field Office, in his official capacity; Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; Kristi Noem,

Secretary of the United States Department of Homeland Security, in her official capacity; and Pamela Bondi, Attorney General of the United States, in her official capacity, with a copy of the Petition and all accompanying papers, along with a copy of this Order, **by electronic mail on or before March 12, 2026**.

The Petitioner is further DIRECTED to serve a copy of these papers upon Kevin Traskos, Chief of the Civil Division, U.S. Attorney for the District of Colorado by e-mail at Kevin.Traskos@usdoj.gov **on or before March 12, 2026**.

Petitioner shall forthwith file proof of such service on the docket, and counsel for Respondents shall forthwith thereafter enter their notices of appearance.

The Court further ORDERS Respondents to Show Cause why the Petition should not be granted by no later than **March 18, 2026**. Upon receipt of this Response, the Court will determine whether it will require a Reply from the Petitioner.

In light of the service deficiencies identified above, the Court further DENIES AS MOOT Petitioner's Motion to Take Petition Under Submission without Further Opportunity for Response (ECF No. 8).

Finally, pursuant to the All Writs Act, 28 U.S.C. § 1651, and in order to preserve this Court's jurisdiction, Respondents are hereby ENJOINED from removing, transferring, or causing to remove or transfer, Petitioner from the District of Colorado until such time as this Court, or the Tenth Circuit Court of Appeals, vacates this Order.

Dated this 11th day of March, 2026.

BY THE COURT:

_____
William J. Martinez
Senior United States District Judge